UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH DREW,

           Plaintiff,

- against -

CITY OF NEW YORK et al.,

           Defendants.

19cv4067 (JGK)

**ORDER**

JOHN G. KOELTL, District Judge:

On June 12, 2019, the plaintiff filed a motion to take judicial notice of certain exhibits. Following Judge McMahon's order to amend dated September 24, 2019, the plaintiff filed an amended complaint on January 10, 2020 with the exhibits in question attached. Because the amended complaint is currently the operative pleading in this case, the motion to take judicial notice is **denied as moot**. The Clerk is directed to close Docket No. 4.

SO ORDERED.

Dated:     New York, New York
            March 9, 2020

                                      John G. Koeltl
                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALL
DOC# _____
DATE FILED: 3.11.20

Copy mailed to pro se party(ies) at docket address