UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEITH DREW,
                Plaintiff,

                19 civ 4067 (JGK)

    -against-

CITY OF NEW YORK, et al.,
                Defendants.
------------------------------------------------------------X

## ORDER

A pre-motion conference will be held on **Tuesday, November 24, 2020, at 11:00am. The facility where the defendant is housed shall make the plaintiff available for the conference.** The time to answer or move is stayed pending the pre-motion conference. The parties shall dial in, at **888 363-4749,** with access code **8140049**. Counsel for the defendants shall forward a copy of this order to the facility where the plaintiff is housed, and shall make all arrangements with the facility to have the plaintiff available for the conference.

**SO ORDERED.**

                                            JOHN G. KOELTL
                                        UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         November 11, 2020

Copy mailed to pro se party(ies) at docket address