```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

KEITH DREW,

                Plaintiff,

    - against -

THE CITY OF NEW YORK ET AL.,

                Defendants.

19-cv-4067 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The defendants are directed to send the plaintiff a copy of his complaint. The plaintiff will file an amended complaint by **January 5, 2021**. The defendants may file a motion to dismiss the amended complaint without a further pre-motion conference. The parties should consult with respect to an appropriate motion schedule and submit a proposal to the Court.

SO ORDERED.

Dated:    New York, New York
           November 24, 2020

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge

Copy mailed to pro se party(ies) at docket address

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-24-20