UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH DREW,

               Plaintiff,

- against -

THE CITY OF NEW YORK ET AL.,

               Defendants.

19-cv-4067 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff has submitted the attached letter to Chambers.

The time to file the response is extended to **July 30, 2021**. The time to file the reply is extended to **August 16, 2021**.

The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:   New York, New York
        May 27, 2021

                                      John G. Koeltl
                             United States District Judge

RECEIVED MAY 27 2021 CHAMBERS OF JOHN G. KOELTL U.S.D.J.

May 24, 2021

Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY, 10007-1312

Reason: Drew v City of New York, et al.

Your Honor:

I am the Plaintiff in the above entitled action hereby requesting a stay in the proceeding in order to allow me opportunity to 1) identify the unknown defendant, administrator and 2) obtain the final closing report issued by the New York City Department of Correction Investigation Division and/or the New York City Comptroller pursuant to the requisite Notice of Claim under the General Municipal Law, subsection 50.

My release from incarceration is due May 26, 2021, which will allow me opportunity to adequately oppose defendant's motion papers if the Court is amenable to a three month stay until August 24, 2021 or until defense counsel has provided the requested assistance.

None of my numerous phone calls were responded to which left me at a disadvantage in my attempts to resolve this issue informally.

Respectfully Submitted
Keith Drew 19-A-3129

**MID-STATE CORRECTIONAL FACILITY**
P.O. BOX 2500
MARCY, NEW YORK 13403

NAME: Keith Drew

DIN: 19A3129

(Confidential Legal Mail)

United States District Court
Southern District of New York
Attn: Hon. John G. Koeltl
500 Pearl Street
New York, NY, 10007-1312