UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH DREW,

            Plaintiff,

- against -

THE CITY OF NEW YORK ET AL.,

           Defendants.

19-cv-4067 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The time to file a response to the motion to dismiss is extended to September 10, 2021. No further extensions. The motion has already been pending since April 2021. The time to reply is October 8, 2021.

    The Clerk is directed to mail a copy of this Order to the pro se plaintiff.

SO ORDERED.

Dated:    New York, New York
           July 21, 2021

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                                  United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 7/22/21