UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEITH DREW,

                Plaintiff,           19-cv-4067 (JGK)

  - against -                  ORDER

CITY OF NEW YORK ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by March 25, 2022. The Clerk is directed to mail a copy of this Order to the pro se plaintiff and to note service on the docket.

SO ORDERED.
Dated:    New York, New York
            February 24, 2022

                                        John G. Koeltl
                                  United States District Judge