```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

KEITH DREW,

                Plaintiff,         19-cv-4067 (JGK)

    - against -                ORDER

NEW YORK CITY HEALTH AND HOSPITALS
CORP. ET AL.,

                Defendants.

---

JOHN G. KOELTL, District Judge:

    The plaintiff is directed to fill out the attached Notice of Change of Address form and to return the completed form to the Court. The plaintiff should ensure that the Notice of Change of Address form includes the plaintiff's full address, including the plaintiff's apartment number.

    The Clerk is directed to mail a copy of this Order and the attached Notice of Change of Address form to the <u>pro se</u> plaintiff at the following address:

        Keith Drew
        85 Holland Avenue, Apartment 2A
        Staten Island, New York 10303

    The Clerk is also directed to mail copies of the following items to the plaintiff at the above address: ECF Nos. 47, 57, 59, and 62.

The Clerk should note service of the foregoing items on the docket.

**SO ORDERED.**
**Dated:    New York, New York**
           **April 14, 2022**

_____
John G. Koeltl
**United States District Judge**

IH-34                                                                                                          Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____ (____)(____)

NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

_____

Name (Last, First, MI)

_____

Address                City                State         Zip Code

_____

Telephone Number                 E-mail Address (if available)

_____

Date                              Signature