UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KEITH DREW,

                    Plaintiff,                    **ORDER**

    -against-                          **19-CV-4067 (JGK) (JW)**

CITY OF NEW YORK, *et al.*,

                    Defendants.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 28, 2022, Defendants filed a letter motion to compel Plaintiff to respond to certain discovery requests. Dkt. No. 72. On October 31, 2022, this case was referred to this Court for General Pretrial. Dkt. No. 73. Plaintiff has not filed a response to the letter motion.

It would seem most productive to have a conference in this matter. As such, a conference is scheduled for **December 7, 2022** at **10:30 AM**. The conference will take place in Courtroom 228, 40 Foley Square, New York NY.

The discovery deadline is extended to December 7, 2022. Any further extensions will be considered at the conference.

SO ORDERED.

DATED:    New York, New York
               November 15, 2022

                                                         */s/ Jennifer E. Willis*
                                                         JENNIFER E. WILLIS
                                                         United States Magistrate Judge