

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **CAROLINE MCGUIRE**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-5052<br>wgosling@law.nyc.gov |

November 16, 2022

**BY ECF**
Honorable Jennifer E. Willis
United States Magistrate Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Keith Drew v. City of New York, et al.</u>, 19-CV-04067 (JGK) (JEW)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, and the assigned attorney representing Captain Rowe, Correction Officer Pumarejo, and Correction Officer Dicostanzo in the above-referenced matter (hereinafter "defendants")[1]. Defendants write to respectfully request that the Court adjourn the deadline to file a pre-motion conference letter by December 6, 2022, *sine die*, upon resolution of defendants' motion to compel. Plaintiff consents to this request.

      Excessive force is the only remaining claim in this case. <u>See</u> Docket Entry No. 54. Defendants filed a motion to compel plaintiff's responses to defendants' Interrogatories and Document Requests, and certain medical releases. <u>See</u> Docket Entry No. 72. Plaintiff did not oppose defendants motion. Subsequently, the Court scheduled a conference to take place on December 7, 2022, and extended the discovery deadline until the same. <u>See</u> Docket Entry No. 74.

      Any pre-motion letter for summary judgment is due by December 6, 2022. <u>See</u> Docket Entry No. 71. This deadline appears to still be operative in the case. In light of the Court's November 15, 2022 Order, scheduling a conference and extending the discovery deadline after this date, defendants respectfully request that the Court adjourn the deadline to file a pre-motion conference letter by December 6, 2022, *sine die*, upon resolution of defendants' motion to compel.

---

[1] As your Honor will recall, this case was assigned to two attorneys at the Law Department from two different divisions. The undersigned was assigned to handle only the excessive force claim, which is the only remaining claim in this case following the Courts' Decision on defendants' Rule 12 Motion. <u>See</u> Docket Entry No. 54.

Defendants thank the Court for its consideration of this application.

Respectfully submitted,

/s/ *Caroline McGuire*
Assistant Corporation Counsel

CC: **BY MAIL AND EMAIL**
Keith Drew
*Plaintiff Pro Se*
85 Holland Avenue
Apartment 2A
Staten Island, New York 10303
keithdreww@gmail.com

GRANTED. The deadline to file a pre-motion conference letter is adjourned sine die, to be revisited at the December 7, 2022 conference.

SO ORDERED.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

November 17, 2022