UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
KEITH DREW,

                       Plaintiff,                          **ORDER**

        -against-                         **19-CV-4067 (JGK) (JW)**

CITY OF NEW YORK, *et al.*,

                       Defendants.
---------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On October 28, 2022, Defendants filed a letter motion to compel Plaintiff to respond to certain discovery requests. Dkt. No. 72. On December 7, 2022, a hearing was held to address the outstanding discovery requests. As discussed at the hearing, the following deadlines are set:

- Plaintiff's responses to Defendants' First Set of Interrogatories are due by **January 9, 2023**.

- Plaintiff's document requests are due to Defendants by **January 9, 2023**.

- The discovery deadline is extended to **January 9, 2023**.

By end of day on **January 9, 2023**, Defendants shall file a letter with the Court providing an update on the state of discovery at that time.

SO ORDERED.

DATED:   New York, New York
                December 7, 2022

                                              _____
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge