UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KEITH DREW,

                Plaintiff,

    - against -

CITY OF NEW YORK, ET AL.,

                Defendants.

---

19-cv-4067 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

Pursuant to the plaintiff's request, this action is dismissed without prejudice. See Fed. R. Civ. P. 41(a)(2).

The Clerk is directed to mail a copy of this order to the pro se plaintiff and to note service on the docket.

The Clerk is respectfully directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
            January 10, 2023

                                        John G. Koeltl
                                   United States District Judge